IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY STEWART
ADC #89233                                                                                    PLAINTIFF

v.                           Case No. 5:10-cv-181-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                                          DEFENDANT

ORDER

The Court has carefully reviewed the Proposed Findings and Recommendations from Magistrate Judge H. David Young. Stewart has not filed any objections. The Court sees no legal error or clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Magistrate Judge Young's proposed findings and disposition, *Document No. 4*, as its own. Stewart's petition is dismissed without prejudice for failing to pay the required filing fee, failing to comply with Local Rule 5.5(c)(2), and failing to respond to the Court's prior Order, *Document No. 2*. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C.A.

§ 1915(a)(3) (West 2006).

    So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 Sept. 2010